1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  SCOTT C. MATHER, State Bar No. 190912
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5709
    Fax: (415) 703-5843
8   Email: Scott.Mather@doj.ca.gov

9  Attorneys for Respondent Ben Curry, Warden

10

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

14

| | |
|---|---|
| 15  LEROY PAUL LUJAN, | No. C 08-00474 CW |
| 16                                        Petitioner, | **RESPONDENT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| 17        v. | |
| 18  BEN CURRY, WARDEN, | Judge:   The Honorable |
| 19                                        Respondent. |            Claudia Wilken |

20

21     For the reasons set forth in the attached declaration of counsel, Respondent requests

22  //

23  //

24  //

25  //

26  //

27  //

28  //

Resp't's Ex Parte Request for EOT to file Response                            *Lujan v. Curry*
                                                                              No. C 08-00474 CW

1

an extension of time of sixty days, to and including September 15, 2008, in which to file a response to the petition for writ of habeas corpus.

Dated: June 17, 2008

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        DANE R. GILLETTE
        Chief Assistant Attorney General

        JULIE L. GARLAND
        Senior Assistant Attorney General

        ANYA M. BINSACCA
        Supervising Deputy Attorney General

*[signature] for*

        SCOTT C. MATHER
        Deputy Attorney General
        Attorneys for Respondent

40244846.wpd
SF2008401157

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Lujan v. Curry**

No.:   **C 08-00474 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 18, 2008**, I served the attached

**RESPONDENT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Leroy P. Lujan, E-76840**
**Correctional Training Facility**
**P.O. Box 689**
**Soledad, CA 93960-0689**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 18, 2008**, at San Francisco, California.

|   J. Palomino   |   *A. Palomino*   |
|   Declarant     |   Signature       |

20117962.wpd