EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
DENISE A. YATES, State Bar No. 191073
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5531
  Fax: (415) 703-5843
  Email: Denise.Yates@doj.ca.gov

Attorneys for Respondent Ben Curry, Warden

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEROY PAUL LUJAN,<br><br>                        Petitioner,<br><br>v.<br><br>BEN CURRY, Warden,<br><br>                        Respondent. | No. C 08-00474 CW<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge:   The Honorable<br>             Claudia Wilken |

I, Denise A. Yates, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Writs and Appeals, and my colleague, Scott C. Mather, is the attorney primarily responsible for representing Respondent in this case.

2. On March 19, 2008, this Court issued an Order to Show Cause, directing that Respondent file an Answer or motion to dismiss to the petition within 120 days of the order's

1   issuance. Respondent's response is thus due on July 17, 2008. However, due to Mr. Mather's
2   current medical condition, he does not anticipate being able to meet this deadline.

3.  On May 19, 2008, Mr. Mather had knee-replacement surgery in connection with treatment for a recurrence of sarcoma (cancer). Beginning the week of June 2, Mr. Mather has worked from home on a limited basis. Mr. Mather estimates that he will return to the office on July 14, 2008, but he will still be working on a limited basis while undergoing radiation treatment.

4.  Mr. Mather has thus far reviewed the Court's Order to Show Cause, the Petition, and relevant state court proceedings. Mr. Mather has determined that there are no grounds for filing a motion to dismiss. As a result, Mr. Mather will begin to prepare an Answer to the petition, but he will require additional time due to his current medical condition.

5.  For the foregoing reasons, I respectfully request an extension of time of an additional sixty days, to and including September 15, 2008, in which Mr. Mather can file Respondent's Answer.

6.  No other request for an extension of time has been filed by Respondent in this case. This request for an extension of time is not made for the purpose of harassment, undue delay, or on any other inappropriate ground.

7.  Petitioner is proceeding in pro per and is confined in state prison, and thus cannot be easily contacted regarding this request for an extension of time.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 17, 2008, at San Francisco, California.

*[signature]*
DENISE A. YATES
Deputy Attorney General

40244845.wpd
SF2008401157

Decl. in Support of Resp't's Request for EOT to File Response                    *Lujan v. Curry*
                                                                                  No. C 08-00474 CW

2