IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEROY PAUL LUJAN,<br><br>                          Petitioner,<br><br>   v.<br><br>BEN CURRY, Warden,<br><br>                          Respondent. | No. C 08-00474 CW<br><br>[PROPOSED] ORDER |

    THIS MATTER comes before the COURT on Respondent's Ex Parte Request for Extension of Time to File a Response to the Petition for Writ of Habeas Corpus. Having fully considered the matter, and good cause appearing therefrom,

    IT IS HEREBY ORDERED that Respondent's request for an extension of time of sixty days, to and including September 15, 2008, in which to file a response is GRANTED. If Petitioner wishes to file a Traverse to the Answer, he shall do so by filing it with this Court and serving it on Respondent within sixty days of his receipt of Respondent's Answer.

    DATED: _____

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE