IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LEROY PAUL LUJAN,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**BEN CURRY, Warden,**<br><br>　　　　　　　　　　　Respondent. | No. C 08-00474 CW<br><br>ORDER |

　　THIS MATTER comes before the COURT on Respondent's Ex Parte Request for Extension of Time to File a Response to the Petition for Writ of Habeas Corpus. Having fully considered the matter, and good cause appearing therefrom,

　　IT IS HEREBY ORDERED that Respondent's request for an extension of time of sixty days, to and including September 15, 2008, in which to file a response is GRANTED. If Petitioner wishes to file a Traverse to the Answer, he shall do so by filing it with this Court and serving it on Respondent within sixty days of his receipt of Respondent's Answer.

　　　　6/27/08

　　DATED: _____

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEROY PAUL LUJAN,

    Plaintiff,

v.

BEN CURRY et al,

    Defendant.

Case Number: CV08-00474 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leroy Paul Lujan E-76840
Correctional Training Facility
P.O. Box 689 / East Dorm 8-Low
Soledad, CA 93960-0689

Scott Colin Mather
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: June 27, 2008

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk