IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEROY PAUL LUJAN,   No. C 08-0474 CW (PR)

    Petitioner,

  v.   ORDER GRANTING REQUEST
FOR A TEMPORARY STAY

BEN CURRY, Warden,

    (Doc. No. 15)

    Respondent.
_____/

    In an order filed on September 17, 2010, the Court granted Leroy Paul Lujan's pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a February 15, 2007 decision of the California Board of Parole Hearings to deny him parole. (Doc. No. 13.) The Court ordered that the Board, within thirty days of the September 17, 2010, set a parole date for Petitioner in accordance with California Penal Code § 3041(a).

    On September 28, 2010, Respondent filed a motion to stay the Court's Order and Judgment pending appeal or, alternatively, a temporary stay of the Order and Judgment to allow Respondent time to seek a stay in the Ninth Circuit. (Doc. No. 15.)

    Respondent's application is GRANTED IN PART. If the Board sets a parole date and the Governor does not reverse, see Cal.

Penal Code § 3041.1, the Court will temporarily stay Petitioner's actual release for one week to allow Respondent to request a stay from the Court of Appeals of the release date pending appeal. The Court retains jurisdiction to review compliance with its order.

IT IS SO ORDERED.

Dated: 10/4/2010

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEROY PAUL LUJAN,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-00474 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leroy Paul Lujan E-76840
Correctional Training Facility
P.O. Box 689 / East Dorm 8-Low
Soledad, CA 93960-0689

Dated: October 4, 2010

                Richard W. Wieking, Clerk
                By: Nikki Riley, Deputy Clerk